BRIAN T. DUNN, ESQ. (SBN 176502)
Email: bdunn@cochranfirm.com
EDWARD M. LYMAN, ESQ. (SBN 248264)
Email: elyman@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010-3856
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

JENNIFER A. BANDLOW, ESQ. (SBN 265757)
Email: jbandlow@socaljusticelawgroup.com
**SOCAL JUSTICE LAW GROUP, P.C.**
5670 Wilshire Blvd., 18th Floor
Los Angeles, CA 90036
Telephone: (323) 723-3120
Facsimile: (310) 734-1710

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JANE DOE 2 and JANE DOE 3,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER S. MERRILL, OFFICER J. SPINNEY, and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.:** 5:21-771-DMG (RAOx)<br><br>[Assigned to the Hon. Dolly M. Gee, United States District Judge]<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT THEREOF**<br><br>Fed R. Civ. P. 55(a) |

**TO THIS HONORABLE COURT,**

**PLEASE TAKE NOTICE** that Plaintiffs Jane Doe 2 and Jane Doe 3 (collectively hereinafter "Plaintiffs") hereby request the entry of default pursuant to Federal Rule of Civil Procedure 55(a) against DEFENDANT OFFICER S. MERRILL for failure to file a valid claim and answer within the time allowed by law. See 18 U.S.C. 983(a)(4). An Affidavit in support of this request is attached hereto.

On May 19, 2021, Defendant Officer S. Merrill was served at his place of residence located at 710 W. Locust St., Ontario, California 91762.

Defendant Officer Officer S. Merrill ("defendant") failed to file a valid claim and answer within the time allowed by law.

Defendant Officer S. Merrill was served with the summons and Complaint on May 19, 2021 by substituted service. The Proof of Service was filed and entered on the Court Docket on May 21, 2021. (Dkt. 8)(*See* Exhibit 1).

The above stated facts are set forth in the accompanying Declaration of Brian T. Dunn filed herewith.

DATED: September 1, 2021        Respectfully submitted,

**THE COCHRAN FIRM CALIFORNIA**

By: /s/ Brian T. Dunn
    BRIAN T. DUNN
    EDWARD M. LYMAN
    JENNIFER A. BANDLOW
    Attorneys for Plaintiffs JANE DOE 2 and JANE DOE 3

# DECLARATION OF BRIAN T. DUNN

I, BRIAN T. DUNN, declare as follows:

1. I am attorney at law, duly admitted to practice before all District Courts in California. I am lead counsel for Plaintiffs JANE DOE 2 and JANE DOE 3 (collectively hereinafter "Plaintiffs") in the instant case. I make this Declaration in support of Plaintiffs request that the Court Clerk enter default in this matter against Defendant Officer S. Merrill. All statements contained herein are true and correct based upon my personal knowledge.

2. Defendant Officer S. Merrill is not an infant, nor is he incompetent, nor has he been engaged in active military service since the inception of this action.

3. On or about May 19, 2021, Defendant Officer S. Merrill was served with the Summons and Complaint by substituted service, in the same manner as the other individual defendant who has appeared in this action. The executed Proof of Service for OFFICER S. MERRILL was filed and entered on the Court Docket on May 21, 2021 (Dkt. 8). A true and correct copy of the executed Proof of Service for OFFICER S. MERRILL is attached herein as Exhibit 1.

4. As of today's date, September 1, 2021, Defendant Officer S. Merrill has yet to file a responsive pleading in this matter. On May 19, 2021, over three months from the date Officer S. Merrill was served, the other individual defendant Officer J. Spinney filed a responsive pleading, in the form of a Answer to Complaint (Dkt. 18), but Officer S. Merrill did not. That Answer to Complaint (Dkt. 18) is the only responsive pleading that has been filed on behalf of Defendants thus far in this action.

I declare under penalty or perjury that the foregoing is true and correct, and that this Declaration was executed on September 1, 2021, at Los Angeles, California

/s/ Brian T. Dunn
BRIAN T. DUNN, declarant

# EXHIBIT 1

1  Brian Dunn, 176502
   323-435-8205
2  The Cochran Firm California
   4929 Wilshire Blvd., Suite 1010
3  Los Angeles, CA 90010
4  Representing: Plaintiff                                  File No.

5

6

7

8                    United States District Court, Central District of California

9               Central District of California - District - Los Angeles - First Street

10

11

12 JANE DOE 2, et al
                                                   )        Case No. 2:21-cv-03630
13                                                 )
                                                   )        Proof of Service of:
14          Plaintiff/Petitioner                   )
                                                   )        Complaint, Civil Case Cover Sheet, Certification of
15              vs.                                )        Interested Parties, Summons Request, Notice of
                                                   )        Intra-District Transfer, Notice of Assignment,
16 Officer S. MERRILL, et al                       )        Notice to Parties of Court-Directed ADR,
                                                   )        Summons
17                                                 )
           Defendant/Respondent                    )
18 _____)
                                                            Service on:
19                                                          Officer Stephen Merrill

20

21
                                                            Hearing Date:
22
                                                            Hearing Time:
23
                                                            Div/Dept:
24

25

26

27

28

                                              PROOF OF SERVICE

OL#16299727

| ATTORNEY C. ; PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Brian Dunn, 176502<br>The Cochran Firm California<br>4929 Wilshire Blvd., Suite 1010<br>Los Angeles, CA 90010<br>ATTORNEY FOR (Name): Plaintiff | 323-435-8205<br><br>Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
350 W. First Street
Los Angeles, CA 90012

PLAINTIFF:
JANE DOE 2, et al

DEFENDANT:
Officer S. MERRILL, et al

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 2:21-cv-03630 |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Civil Case Cover Sheet, Certification of Interested Parties, Summons Request, Notice of Intra-District Transfer, Notice of Assignment, Notice to Parties of Court-Directed ADR, Summons

2. Party Served: Officer Stephen Merrill

3. Person Served: Party in item 2

a. Left with: John DOE (W/M/50s/5'11/180#) - Co-Occupant

4. Date & Time of Delivery: 05/19/2021   9:05PM

5. Address, City and State: 710 W Locust St
Ontario, CA 91762

6. Manner of Service: By leaving the copies with or in the presence of John DOE (W/M/50s/5'11/180#), a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 69.00

Registered California process server.
County: Riverside
Registration No.: PS-000320

Gary C. Swanberg, Jr.
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/20/2021 at Petaluma, California.

Signature: _____
Gary C. Swanberg, Jr.
OL#: 16299727

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Brian Dunn, 176502<br>The Cochran Firm California<br>4929 Wilshire Blvd.<br>Los Angeles, CA 90010 | 323-435-8205 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
350 W. First Street
Los Angeles, CA 90012

PLAINTIFF:
JANE DOE 2, et al

DEFENDANT:
Officer S. MERRILL, et al

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:21-cv-03630 |
|---|---|---|---|---|

BY FAX

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/21/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Certification of Interested Parties, Summons Request, Notice of Intra-District Transfer, Notice of Assignment, Notice to Parties of Court-Directed ADR, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Officer Stephen Merrill

710 W Locust St
Ontario, CA 91762

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 69.00

Travis Carpenter
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.

Travis Carpenter

OL#: 16299727