# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 2, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>S. MERRILL, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:21-cv-00771-DMG-RAO<br><br>**NOTICE OF DEFICIENCY**<br>**DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Officer S. Merrill  for the following reason(s):

- \_  No declaration as required by F.R.Civ.P 55(a)
- \_  No proof of service/waiver of service on file
- X  The name of the person served does not exactly match the person named in complaint
- X  Proof of Service is lacking required information
- \_  Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- \_  Time to respond has not expired
- \_  Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- \_  Request for Entry of Default has been forwarded to the assigned Judge
- \_  Party dismissed from action on
- \_  Case terminated on
- X  Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X  Other: The Proof of Service of Summons and Complaint by substituted service lacks a declaration of due diligence.

The Clerk cannot enter the requested **Default Judgment** against \_\_ for the following reason(s):

- \_  No Entry of Default on file
- \_  No declaration as required by F.R.Civ.P 55(b)
- \_  The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- \_  Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- \_  A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- \_  No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- \_  Amount sought is not for a sum certain or cannot be computed to a sum certain
- \_  Attorney Fees sought not in compliance with Local Rule 55-3
- \_  Amount sought for costs is incorrect
- \_  Case terminated on
- \_  Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- \_  Other:

CLERK, U.S. DISTRICT COURT

Date: September 2, 2021      By: /s/ *Grace Kami*
                     Deputy Clerk
                     grace_kami@cacd.uscourts.gov